```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03964
   JACQUELINE R COFFEY
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-7969


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/06/07 .

   2.  The case was dismissed without confirmation, 07/27/2007.

   3.  The Debtor paid a total of $   2862.40 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ACC CONSUMER FINANCE | SECURED VEHIC | .00 | .00 | 500.00 |
| KOVITZ SHIFRIN NESBIT | SECURED | .00 | .00 | 40.00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SIR FINANCE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 540.00 | .00 | .00 | .00 | 540.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 540.00 | .00 | .00 | .00 | 540.00 |

```
The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $   2500.00
and was paid $    466.00  direct and $   1899.48  through the plan.

The Trustee received $     65.12 .

Refunds to the Debtor totaled $    357.80 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 10/09/07                      /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 03964 JACQUELINE R COFFEY